# EXHIBIT C

**POLICY NUMBER: AGL0063090-00**                          **COMMERCIAL GENERAL LIABILITY**
**ARCH SPECIALTY INSURANCE COMPANY**                         **00 AGL0100 00 10 18**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BLANKET ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SECTION II – WHO IS AN INSURED** is amended to include any person or organization for whom you are performing operations when you and such person or organization have agreed in a written contract or agreement signed and dated prior to the loss for which coverage is sought that such person or organization be added as an additional insured on your policy, but only with respect to liability for "bodily injury", "property damage", or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of your subcontractors:

   **a.**   In the performance of your ongoing operations or "your work", including your "completed operations"; or

   **b.**   In connection with premises owned by or rented to you.

The person or organization does not qualify as an additional insured with respect to any independent act(s) or omission(s) of such person or organization.

However:

1.   If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.  In the event that the limits of liability stated in the policy exceed the limits of liability required by a written contract that is signed and dated by you prior to the "occurrence" or offense for which coverage is sought, the insurance provided by this endorsement shall be limited to the minimum limits of liability required by such contract or agreement.  This endorsement shall not increase the limits stated in Section III – Limits of Insurance.

2.   The insurance provided to the additional insured is also limited as follows:

   a.   The insurance provided to the additional insured by this endorsement is excess over any valid and collectible "other insurance," whether primary, excess, contingent or on any other basis, that is available to the additional insured for a loss we cover under this endorsement.

   b.   However, if the written contract, which is signed and dated prior to the loss, specifically requires that this insurance apply on a primary basis or a primary and non-contributory basis, this insurance is primary to "other insurance' available to the additional insured which covers that person or organization as a named insured for such loss, and, only if non-contributory is required, we will not share with that "other insurance."

   c.   In all cases the insurance provided to the additional insured by this endorsement still is excess over any valid and collectible "other insurance", whether primary excess, contingent or on any other basis, that is available to the additional insured when that person or organization is an additional insured under such "other insurance."

All other terms and conditions of this Policy remain unchanged.

00 AGL0100 00 10 18                                                                                        Page 1 of 2

Endorsement Number:

This endorsement is effective on the inception date of this policy unless otherwise stated herein.

(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

Policy Number:

Named Insured:

Endorsement Effective Date: