# EXHIBIT H

**INSURANCE REQUIREMENT ADDENDUM**

**SUBCONTRACT AGREEMENT RIDER**
**(CONTRACTOR/SUBCONTRACTOR)**

The terms, conditions and requirements of this Rider are in addition to the terms, conditions and requirements of the Subcontract Documents. In the event there is any inconsistencies between the terms, conditions or requirements of Subcontract Documents and those of this Rider, the more stringent of the two shall apply and be binding on the Subcontractor and its carrier.

1.  **Indemnity.** In consideration of the Contract Agreement, and to the fullest extent permitted by law, the Subcontractor shall defend and shall indemnify, and hold harmless, at Subcontractor's sole expense, the Contractor, all entities the Contractor is required to indemnify and hold harmless, the Owner of the property, and the officers, directors, agents, employees, successors and assigns of each of them, all entities the Owner is required to indemnify and hold harmless from and against all liability or claimed liability for bodily injury or death to any person(s), and for any and all property damage or economic damage, including all attorney fees, disbursements and related costs, arising out of or resulting from the Work covered by this Contract Agreement to the extent such Work was performed by or contracted through the Subcontractor or by anyone for whose acts the Subcontractor may be held liable, excluding only liability created by the sole and exclusive negligence of the Indemnified Parties. This indemnity agreement shall survive the completion of the Work specified in the Contract Agreement.

2.  **Insurance.** The Subcontractor shall procure and shall maintain until final acceptance of the Work, such insurance as will protect the Contractor, all entities the Contractor is required indemnify and hold harmless, the Owner, and their officers, directors, agents and employees, all entities the Owner is required indemnify and hold harmless for claims arising out of or resulting from Subcontractor's Work under this Contract Agreement, whether performed by the Subcontractor, or by anyone directly or indirectly employed by Subcontractor, or by anyone for whose acts Subcontractor may be liable. Such insurance shall be provided by an insurance carrier rated "A- VII" or better by A.M. Best and lawfully authorized to do business in the jurisdiction where the Work is being performed.

    2.1.  The Subcontractor's insurance shall include contractual liability coverage and additional insured coverage for the benefit of the Contractor, Owner and anyone else the contractor/owner is required to name (as set forth in the schedule below), and shall specifically include additional insured coverage for completed operations. The insurance required to be carried by the Subcontractor and any Sub-Sub-Contractors shall be PRIMARY AND NON-CONTRIBUTORY. With respect to each type of insurance specified hereunder, the Contractor's and Owner's insurances shall be excess to Subcontractor's insurance.

    2.2.  The Subcontractor warrants that the coverage provided under the commercial general liability policy shall be written on an "occurrence" basis with coverage as broad as the Insurance Service Office Inc.'s form and that no policy provisions shall restrict, reduce, limit or otherwise impair contractual liability coverage or the Contractor's, Owner's (or others as required and as listed below) status as additional insured.

    2.3.  Not less than five (5) days prior to commencement of the Work and until final acceptance of the Work, Subcontractor shall provide Contractor with certificate(s) of insurance evidencing the required insurance coverage with the limits stated below or elsewhere in the Subcontract documents. The Subcontractor shall provide Contractor thirty (30) days written notice of a change or cancellation in coverage. In addition, all insurance policies shall state that the insurer will provide Contractor thirty (30) days prior written notice of a change or cancellation in coverage.

    2.4.  Unless otherwise stipulated in the Contract Agreement, the Subcontractor shall maintain no less than the limits specified for each of the following insurance coverages:

        a)  Commercial General Liability using an industry standard unmodified "occurrence" coverage form

including contractual liability with minimum limits of $1.000,000 each occurrence, $2.000,000 aggregate with either per project or per location endorsement for property damage and bodily injury:

b)  Comprehensive Automobile Liability insurance with minimum limits of $1.000,000 combined single limit each accident, including bodily injury and property damage liability:

c)  Workers' Compensation and disability benefit insurance including Occupational Disease in the minimum amounts as required by the jurisdiction where the Work is performed.

2.5.  The Subcontractor and his insurer shall waive all rights of subrogation against the Contractor, Owner and any other indemnified party.

2.6.  In the event subcontractor has in force any insurance coverage with coverages broader and or limits higher than those coverage amounts and terms specified herein, such broader terms and higher limits shall insure and be available to each Additional Insured, and this Agreement shall be deemed to required such broader terms and higher limits.

2.7.  If Subcontractor engages a Sub-Subcontractor, it is the affirmative duty of the Subcontractor to ensure that any Sub-Subcontractor complies with the insurance and indemnification requirements of this Contract Agreement.

List of Indemnified Parties and Additional Insureds:

**Contractor:**

Trogon Interiors Inc.
114 Smith Hill Rd
Suffern, NY 10901

Job Location:    224 W 124th St

Acknowledged by:

| Contractor | Trogon Interiors Inc. | Subcontractor | JJAA Builders Corp |
|---|---|---|---|
| Signature: | | Signature: | |
| Name: | Danny Alessi | Name: | Alejandro Sd |
| Title: | Signer | Title: | officer |
| Date: | 6/6/21 | Date: | 6-6-2021 |