UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>        -against-<br><br>ARCH SPECIALTY INSURANCE COMPANY and JJAA BUILDERS CORP.,<br><br>                              Defendants. | Case No. 1:24-cv-07128 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Defendant Arch Specialty Insurance Company filed a motion to dismiss on October 16, 2024.  Dkt. 11.  Plaintiff's deadline to oppose to that motion was October 30, 2024.  Plaintiff failed to meet that deadline.  Plaintiff is ORDERED to file its opposition, if any, by November 6, 2024.   Failure to file an opposition will result in the Court deeming the motion to be unopposed.

Dated: October 31, 2024
       New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge

1