UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OHIO SECURITY INSURANCE
COMPANY,

                    Plaintiff,

     -against-

ARCH SPECIALTY INSURANCE
COMPANY,

                   Defendant.

Case No. 1:24-cv-07128 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On March 30, 2026, the Court resolved Plaintiff's claims regarding Defendant's duty to defend the Tendering Parties. Dkt. 51 ("Opinion"). Given that there are additional claims remaining in this case, by **April 9, 2026**, the parties shall file a joint letter on the docket with proposed next steps in this action.

Dated: April 2, 2026
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge