**Joanna M. Roberto, Esq.**
Partner

**Direct Dial/Text**
516.329.9403

**Fax**
646.350.1901

**Email:**
jroberto@gerberciano.com

GERBER CIANO KELLY BRADY LLP

**US Mail:**
PO Box 1060
Buffalo, New York 14201

**Visit Us/FedEx/UPS:**
1325 Franklin Avenue, Suite 500
Garden City, New York 11530

Request GRANTED.  The parties shall submit a joint status letter to the Court regarding the damages associated with Plaintiff's duty to defend claim and next steps by **June 8, 2026**. Additionally, the parties shall provide a joint status letter, not to exceed three pages, concerning the state of discovery on the issue of indemnity **every ninety days** (or sooner should the Underlying Action conclude)—with the first letter due on **July 8, 2026**.

**SO ORDERED.**

Dated: April 9, 2026
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

April 8, 2026

**<u>Via ECF</u>**
Hon. Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:   ***Ohio Security Insurance Company v. Arch Specialty Insurance Company***
       **Docket No. 1:24-cv-07128-JLR**
       **Gckb File No. 1097.0178**

Dear Honorable Judge Rochon:

Pursuant to the Court's April 2, 2026 Order (Dkt. 52), Plaintiff Ohio Security Insurance Company ("Ohio Security") and Defendant, Arch Specialty Insurance Company ("Arch") (together, the "Parties") respectfully submit this joint letter setting forth proposed next steps in this matter to address the additional claims remaining.

In the March 30, 2026 Opinion and Order, the Court declared Arch owes a duty to defend Trogon Interiors, Inc. ("Trogon") in the action titled *Holban Cacho v. Carthage 124th L.P., and Key Developers Inc.,* Index No.: 814517/2021E, Supreme Court, Bronx County ("Underlying Action") and that Arch does not owe a duty to defend other nonparties named Carthage 124th, LP, Key Developers, Inc. and Big Apple Designers, Inc.

In light of the Court's ruling, the remaining issues are: (1) the amount of such reimbursement of defense costs, together with applicable interest and (2) a determination on the issue of indemnity obligations for the Underlying Action.

The Parties respectfully propose that the Parties be permitted 60 days to exchange defense bills. If the Parties cannot agree on the scope and amount of reimbursement, then Ohio Security will request a hearing on the issue of damages so that a Judgment can be entered. As to the issue of indemnity, Ohio Security's Complaint requests a declaration on whether Arch owes a duty to indemnify in addition to its duty to defend. Liability has not been

resolved in the Underlying Action since there is a pending Order threatening dismissal based on the underlying plaintiff's lack of cooperation. It is therefore respectfully requested that the Court allow the parties additional time to conduct discovery on the issue of indemnity which tracks the discovery and determinations in the Underlying Action.

The Parties thank the Court for its time and attention to this matter. If the Court would find it helpful, the Parties are available for a status conference at the Court's convenience.

Respectfully submitted,
*Joanna M. Roberto*
Joanna M.  Roberto
JMR/pcm

**Via Email Only**
cc:     Matthew C. Ronan
        Kenney Shelton Liptak Nowak LLP
        mcronan@kslnlaw.com